B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>District of Massachusetts | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ivy Restaurant Group, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-332-6910** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**49 Temple Place**<br>**Boston, MA**<br>ZIP Code **02111** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ivy Restaurant Group, Inc** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Ivy Restaurant Group, Inc**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ William T. Stevens**
Signature of Attorney for Debtor(s)

**William T. Stevens 480260**
Printed Name of Attorney for Debtor(s)

**William T. Stevens**
Firm Name

**130 Bishop Allen Drive**
**Cambridge, MA 02139**

_____
Address

**Email: wtstevens@rcn.com**
**617-354-9200  Fax: 617-354-9201**
Telephone Number

**August 2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William Ashmore**
Signature of Authorized Individual

**William Ashmore**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 2, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re **Ivy Restaurant Group, Inc**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Accardi Foods, Inc.<br>85 Commercial Street<br>Medford, MA 02155 | Accardi Foods, Inc.<br>85 Commercial Street<br>Medford, MA 02155 | | | 4,190.00 |
| EcoLab<br>PO Box 905327<br>Charlotte, NC 28290 | EcoLab<br>PO Box 905327<br>Charlotte, NC 28290 | | | 1,921.37 |
| Fortessa, Inc.<br>22601 Davis Dr<br>Sterling, VA 20164 | Fortessa, Inc.<br>22601 Davis Dr<br>Sterling, VA 20164 | | | 1,921.62 |
| Horizon Beverage<br>80 Stockwell Drive<br>Avon, MA 02322 | Horizon Beverage<br>80 Stockwell Drive<br>Avon, MA 02322 | | | 7,659.81 |
| Internal Revenue Service<br>PO Box 9112<br>Boston, MA 02203 | Internal Revenue Service<br>PO Box 9112<br>Boston, MA 02203 | | | 325,000.00 |
| Martignetti Companies<br>975 University Avenue<br>Norwood, MA 02062 | Martignetti Companies<br>975 University Avenue<br>Norwood, MA 02062 | | | 1,966.00 |
| Mass. Dept of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114-9564 | Mass. Dept of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114-9564 | | | 70,000.00 |
| Morgan Linen Service<br>941 Massachusetts Ave.<br>Boston, MA 02118 | Morgan Linen Service<br>941 Massachusetts Ave.<br>Boston, MA 02118 | | | 3,362.02 |
| MS Walker<br>20 Third Ave<br>Somerville, MA 02143 | MS Walker<br>20 Third Ave<br>Somerville, MA 02143 | | | 1,922.99 |
| National Grid<br>PO Box 4300<br>Woburn, MA 01888 | National Grid<br>PO Box 4300<br>Woburn, MA 01888 | | | 5,021.65 |
| Nstar<br>One Nstar Way<br>Westwood, MA 02090 | Nstar<br>One Nstar Way<br>Westwood, MA 02090 | | | 10,373.58 |
| Open Table<br>PO Box 49322<br>San Jose, CA 95161 | Open Table<br>PO Box 49322<br>San Jose, CA 95161 | | | 1,202.87 |

B4 (Official Form 4) (12/07) - Cont.

In re **Ivy Restaurant Group, Inc**     Case No.

               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Phantom Gourmet** <br> **c/o WSBK/WLWC Lockbox # 13429** <br> **Newark, NJ 07188** | **Phantom Gourmet** <br> **c/o WSBK/WLWC Lockbox # 13429** <br> **Newark, NJ 07188** | | | **6,800.00** |
| **Ruby Wines** <br> **625 Bodwell Street Ext.** <br> **PO Box 7** <br> **Avon, MA 02322** | **Ruby Wines** <br> **625 Bodwell Street Ext.** <br> **PO Box 7** <br> **Avon, MA 02322** | | | **3,573.00** |
| **Shack Foods of America** <br> **310 Norther Ave.** <br> **Boston, MA 02118** | **Shack Foods of America** <br> **310 Norther Ave.** <br> **Boston, MA 02118** | | | **4,138.68** |
| **Sid Wainer & Son** <br> **PO Box 50240** <br> **New Bedford, MA 02745** | **Sid Wainer & Son** <br> **PO Box 50240** <br> **New Bedford, MA 02745** | | | **8,677.22** |
| **Steven J. Topazio** <br> **10 Winthrop Square** <br> **Boston, MA 02110** | **Steven J. Topazio** <br> **10 Winthrop Square** <br> **Boston, MA 02110** | | | **7,335.00** |
| **Sunny's Seafood** <br> **One Boston Fish Pier** <br> **Boston, MA 02210** | **Sunny's Seafood** <br> **One Boston Fish Pier** <br> **Boston, MA 02210** | | | **2,475.00** |
| **Theatre Programs LLC** <br> **332 Congress Street** <br> **Boston, MA 02110** | **Theatre Programs LLC** <br> **332 Congress Street** <br> **Boston, MA 02110** | | | **4,658.85** |
| **United Liquors** <br> **175 Canpanelli Drive** <br> **PO Box 869219** <br> **Braintree, MA 02185** | **United Liquors** <br> **175 Canpanelli Drive** <br> **PO Box 869219** <br> **Braintree, MA 02185** | | | **7,757.25** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 2, 2010**      Signature **/s/ William Ashmore**
                                                   **William Ashmore**
                                                   **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A. RUSSO & SONS
560 PLEASANT STREET
WATERTOWN, MA 02472

ACCARDI FOODS, INC.
85 COMMERCIAL STREET
MEDFORD, MA 02155

ATLANTIC IMPORTING CO.
101 BISHOP STREET
FRAMINGHAM, MA 01702

AUGUST A. BUSCH
440 RIVERSIDE AVE
MEDFORD, MA 02155

BAY STATE FIRE PROTECTION GROUP
PO BOX 294
WOBURN, MA 01801

BLACKSTONE FINANCIAL HOLDINGS
C 3 SHIPYARD PLACE
CHARLESTOWN, MA 02129

BOSTON CHEFS, INC.
875 MAIN STREET
CAMBRIDGE, MA 02139

BOSTON GOURMET CHEFS, INC.
2 WATSON PLACE
FRAMINGHAM, MA 01701

CINTAS FIRE PROTECTION
200 APOLLO DRIVE
CHELMSFORD, MA 01824

CINTAS FIRST AID
200 APOLLO DRIVE
CHELMSFORD, MA 01824

CITY OF BOSTON
COLLECTOR OF TAXES
BOSTON, MA 02205

CMI

CONVERSION ASSOCIATES
119 BRAINTREE STREET
SUITE 604
ALLSTON, MA 02134

CRAFT BREWERS GUILD
PO BOX 330
DANVERS, MA 01923

```
DIG PUBLISHING
242 E. BERKELY STREET
SUIT 2
BOSTON, MA 02118

EAGLE ELEVATOR
137 SOUTH STREET
BOSTON, MA 02111

EAST COAST FIRE
16 KENDRICK ROAD
WAREHAM, MA 02571

ECOLAB
PO BOX 905327
CHARLOTTE, NC 28290

EVERYSCAPE, INC.
716 MAIN STREET
2ND FLOOR
WALTHAM, MA 02451

FORTESSA, INC.
22601 DAVIS DR
STERLING, VA 20164

GENERAL SERVICES, INC.
PO BOX 60
MEDFORD, MA 02155

H2 DISTRIBUTORS, INC.
1061 TRIAD COURT
SUITE 3
MARIETTA, GA 30062

HARPOON
306 NORTHERN AVE.
BOSTON, MA 02210

HORIZON BEVERAGE
80 STOCKWELL DRIVE
AVON, MA 02322

HUB PLUMBING & MECHANICAL
70 OLD COLONY AVENUE
BOSTON, MA 02127

IGGY'S
130 FAWCETT STREET
CAMBRIDGE, MA 02138

INTERNAL REVENUE SERVICE
PO BOX 9112
BOSTON, MA 02203
```

```
LAMARCA & SONS BAKING CO.
32 RIVERSIDE PARK
MALDEN, MA 02148

LENNOX MARTEL
89 HEATH STREET
JAMAICA PLAIN, MA 02130

LILLY'S FRESH
210 MAIN STREET
EVERETT, MA 02149

MARTIGNETTI COMPANIES
975 UNIVERSITY AVENUE
NORWOOD, MA 02062

MASS HAULING
200 LIBBEY INDUSTRIAL PKWY
EAST WEYMOUTH, MA 02189

MASS. DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 9564
BOSTON, MA 02114-9564

MASS. DUA
HURLEY BUILDING
19 STANIFORD STREET
BOSTON, MA 02114

MODERN PEST SERVICES
100 PLEASANT STREET
BRUNSWICK, ME 04011

MORGAN LINEN SERVICE
941 MASSACHUSETTS AVE.
BOSTON, MA 02118

MS WALKER
20 THIRD AVE
SOMERVILLE, MA 02143

MUZAK OA
3318 LAKEMONT BLVD.
FORT MILL, SC 29708

NATIONAL GRID
PO BOX 4300
WOBURN, MA 01888

NSTAR
ONE NSTAR WAY
WESTWOOD, MA 02090
```

```
ONE 8 SOLUTIONS
72 TOLMAN STREET
WEST NEWTON, MA 02465

OPEN TABLE
PO BOX 49322
SAN JOSE, CA 95161

PETERSON PARTY CENTER
138 SWANTON STREET
WINCHESTER, MA 01890

PHANTOM GOURMET
C/O WSBK/WLWC LOCKBOX # 13429
NEWARK, NJ 07188

REWARDS NETWORK ESTABLISHMENT SERVICES
2N RIVERSIDE PLAZA
SUITE 950
CHICAGO, IL 60606

ROY'S PASTRIES
412 MARKET STREET
BRIGHTON, MA 02135

RUBY WINES
625 BODWELL STREET EXT.
PO BOX 7
AVON, MA 02322

SAPORE DI NAPOLI
1406 BELMONT AVE.
CHICAGO, IL 60657

SHACK FOODS OF AMERICA
310 NORTHER AVE.
BOSTON, MA 02118

SID WAINER & SON
PO BOX 50240
NEW BEDFORD, MA 02745

STAN FURASH
PO BOX 300487
JAMAICA PLAIN, MA 02130

STEVEN J. TOPAZIO
10 WINTHROP SQUARE
BOSTON, MA 02110

STODDARD FINE FOOD & ALE
48 TEMPLE PLACE
BOSTON, MA 02111
```

```
SUNNY'S SEAFOOD
ONE BOSTON FISH PIER
BOSTON, MA 02210

THEATRE PROGRAMS LLC
332 CONGRESS STREET
BOSTON, MA 02110

UNITED LIQUORS
175 CANPANELLI DRIVE
PO BOX 869219
BRAINTREE, MA 02185

VERIZON
PO BOX 1100
ALBANY, NY 12250-0001

WILLIAM & CO. FOODS
135-136 NEWMARKET ST.
BOSTON, MA 02118
```